Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Randall Turner |
| Debtor 2 (Spouse, if filing) | Justy L Brobst-Turner aka Justy Berry aka Justy Brobst |

United States Bankruptcy Court for the :  District of NEW JERSEY
(State)

Case number 13-19739-ABA

# Form 4100R
# Response to Notice

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1    Mortgage Information

**Name of creditor:** OCWEN LOAN SERVICING, LLC

**Court claim no.** (if known):

8-1

**Last 4 digits** of any number you use to identify the debtor's account: 0120

**Property address:** 157 Pinyard Rd
Number      Street

Monroeville, NJ 08343
City                      State      ZIP Code

## Part 2    Prepetition Default Payments

■ **Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim**

☐ **Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:**    $_____

## Part 3    Postpetition Mortgage

☐ **Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.**

**The next postpetition payment from the debtor(s) is due on:**    ____/____/_____
MM/DD/YYYY

■ **Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.**

**Creditor asserts that the total amount remaining unpaid as of the date of this response is:**

a. Total postpetition ongoing payments due:    (a) $37,620.31

b. Total fees, charges, expenses, escrow and costs outstanding:    (b) $0.00

c. **Total**. Add lines a and b.    (c) $37,620.31

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    10/01/2014
MM/ DD/ YYYY

---

Form 4100R          **Response to Notice of Final Cure Payment**          page 1

| Debtor 1 | Randall Turner | | Case number *(if known)* | 13-19739-ABA |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 4 — Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid

## Part 5 — Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

☐ I am the creditor.
■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  Patrick O. Lacsina                              Date August 30, 2016
   Signature

Print   Patrick O. Lacsina                         Title **ATTORNEY**
        First Name   Middle Name   Last Name

Company   RAS Citron, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   130 CLINTON ROAD, SUITE 202
          Number           Street

          FAIRFIELD, NJ 07004
          City            State            ZIP Code

Contact   973-575-0707                            Email placsina@rasnj.com