Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  13–19739–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Randall Turner
157 Pinyard Road
Monroeville, NJ 08343

Justy L Brobst–Turner
aka Justy Berry, aka Justy Brobst
157 Pinyard Road
Monroeville, NJ 08343

Social Security No.:
  xxx–xx–5108

xxx–xx–1826

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 18, 2017

Andrew B. Altenburg Jr.
Judge, United States Bankruptcy Court